IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANE BELOFF and LELAND BELOFF,** : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 13-100** |
| **SEASIDE PALM BEACH,** : | |
| **Defendant.** : | |

**ORDER**

**AND NOW**, this 29th day of September 2014, upon consideration of Defendant's Second Motion to Amend/Correct Answer to First Amended Complaint (Doc. No. 74) and the briefing related thereto, for the reasons stated in the Court's accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Amended Answer attached as Exhibit B to the Motion [Doc. No. 74] is **DEEMED FILED**.

3. By noon on Friday, October 3, 2014, the parties shall send a joint status report to chambers with regard to the need for any additional discovery to address Defendant's affirmative defense. This report may be sent by fax to chambers at 267-299-5077.

**IT IS SO ORDERED**.

BY THE COURT:

   /s/ Cynthia M. Rufe   

**CYNTHIA M. RUFE, J.**